UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS GASKINS,

    Plaintiff,

v.                                                       Case No: 6:15-cv-580-Orl-18TBS

TROPICAL AUTOMOTIVE
WHOLESALE GROUP, INC.,

    Defendant.

## ORDER

This cause comes for consideration on United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 28) on the issue of damages in the above captioned case. Neither party filed a response or objection to the Report and Recommendation. Having considered the Report and Recommendation, it is hereby **ORDERED and ADJUDGED** that the Report and Recommendation (Doc. 28) is **APPROVED and ADOPTED**. Plaintiff Dennis Gaskins is **AWARDED** damages in the amount of $24,522.00.

**DONE AND ORDERED** at Orlando, Florida, this 2nd day of May, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties